UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MRS. SARAH M. DAVID-BARLOW; MR. CLINTON C. BARLOW,<br><br>                              Plaintiffs,<br><br>         -against-<br><br>N.Y. N.J. MARRIAGE LIC. AGENCY'S, *et al.*,<br><br>                              Defendants. | 20-CV-3136 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 4, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Clinton C. Barlow has consented to receive electronic service. (ECF 3.)

SO ORDERED.

Dated:   September 4, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge